

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2016

No. 04-16-00018-CV

Ronald **RIFE**, Mary Kathryn Hampton, Individually and as Administratix of the Estate of
Randall Rife, deceased,
Appellants

v.

Joseph **KERR**, James Drought, Robert Lee Bobbit, Jr., Nancy Northway Gill, Lynn Northway
Swanson, Nancy Northway Gill and Lynn Northway Swanson as Independent Co-Executor of
the Estate of William Northway, Jr., Et al.,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 14-06-12292-DCV
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

Appellants' unopposed first motion for extension of time to file reply brief is hereby
GRANTED. Time is extended to July 21, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 12th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court